# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of : No. 2509 Disciplinary Docket No. 3

:

MICHAEL ELIAS STOSIC : Board File No. C1-17-336

:

: (United States District Court for the

: Eastern District of Pennsylvania, No. 2:16-

: mc-0190)

:

: Attorney Registration No. 90763

:

: (Philadelphia)

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2018, upon consideration of the responses to a Notice and Order directing Michael Elias Stosic to provide reasons against the imposition of disbarment reciprocal to that imposed by the United States District Court for the Eastern District of Pennsylvania, Michael Elias Stosic is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Pa.R.D.E. 217.

    Respondent's request for a stay and the Office of Disciplinary Counsel's Motion for Leave to File a Supplemental Response are denied.